# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00367-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO ISRAEL ISLAS-OROZCO, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently , currently scheduled for Wednesday, May 19, 2021 at 2:30 p.m., be vacated and continued to  Tuesday, June 22  2021, at  11:30 a.m.  .

DATED this  12th day of May, 2021.

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE