# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ISLAS-OROZCO,<br><br>Defendant. | Case No. 2:18-cr-00367-KJD-NJK<br><br>**ORDER** |

This matter comes before the Court on the parties' stipulation to extend the Defendant's surrender date by 30 days. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall surrender for service for sentence at the institution designated by the BOP before 2pm on February 28, 2022.

DATED this 24th day of January 2022.

HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE