**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>EDUARDO ISLAS-OROZCO,<br><br>   Defendant. | Case No. 2:18-cr-00367-KJD-NJK<br><br>**ORDER** |

This matter comes before the Court on the parties' stipulation to extend the Defendant's self-surrender date by 30 days. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that the stipulation is granted and Eduardo Islas-Orozco shall surrender for service for sentence at the institution designated by the BOP before 2pm on March 30, 2022

DATED this 25th day of February, 2022.

HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

-3-